IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HIRIAM HICKS, INC.                :          CIVIL ACTION
                                  :
          v.                      :
                                  :
SYNAGRO WWT, LLC                  :          NO. 11-3154

ORDER

          AND NOW, this 31st day of May, 2012, upon consideration

of plaintiff and counterclaim defendant Hiriam Hicks, Inc.'s

("HHI's") motion for partial summary judgment (docket entry #

22), defendant and counterclaim plaintiff Synagro WWT, LLC's

("Synagro's") motion for summary judgment (docket entry # 23),

Synagro's motion to strike declaration of Hiriam Hicks (docket

entry # 30), HHI's motion to amend or correct declaration (docket

entry # 33), and any memoranda, responses, replies, and exhibits

filed regarding these submissions, and upon the analysis set

forth in the accompanying Memorandum, it is hereby ORDERED that:

          1.   Synagro's motion to strike declaration of Hiriam

Hicks (docket entry # 30) is GRANTED;

          2.   Those portions of Hiriam Hicks' declaration (Ex. A

to docket entry # 26) setting forth (1) legal argument, (2)

summaries of exhibits, or (3) inadmissible hearsay are STRICKEN;

          3.   HHI's motion to amend or correct declaration

(docket entry # 33) is DENIED;

4.    HHI's motion for partial summary judgment (docket entry # 22) is GRANTED;

5.    Synagro's motion for summary judgment (docket entry # 23) is DENIED;

6.    In accordance with Loc. R. Civ. P. 72.1 and 28 U.S.C. § 636(b)(3), this case is REFERRED to Judge Jacob P. Hart to attempt to resolve this controversy; and

7.    The parties shall COOPERATE in accordance with Judge Hart's instructions and shall make every effort to meet with him at his earliest convenience.

BY THE COURT:


__\s\Stewart Dalzell